UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-62261-MIDDLEBROOKS/AUGUSTIN-BIRCH

**MIGUEL ANGEL OCEGUEDA GONZALEZ,**

    **Petitioner,**

**v.**

**KRISTI NOEM,** *et al.***,**

    **Respondents.**

_____/

### ORDER REQUIRING AMENDED PETITION FOR WRIT OF HABEAS CORPUS

The Honorable Donald M. Middlebrooks, United States District Judge, referred this matter to the undersigned United States Magistrate Judge to take all action required by law. DE 8. This cause now comes before the Court upon Petitioner Miguel Angel Ocegueda Gonzalez's Petition for Writ of Habeas Corpus. DE 1. Therein, Petitioner seeks release from immigration custody. *See id.*

The Petition, however, fails to demonstrate that the Southern District of Florida is the proper venue for this matter. The proper venue for a habeas corpus petition is the district where the petitioner is in custody. *Diaz v. United States*, 580 F. App'x 716, 717 (11th Cir. 2014) ("A § 2241 petition by a federal prisoner must be brought in the district where the inmate is incarcerated."); *Ridley v. Fla. Dep't of L. Enf't*, No. 5:20CV126-RV-HTC, 2020 WL 2949834, at *5 (N.D. Fla. May 14, 2020) ("The general rule for habeas petitions is that jurisdiction lies solely in the district of confinement."), *report and recommendation adopted sub nom. Ridley v. Ford*, No. 5:20CV126-RV-HTC, 2020 WL 2949907 (N.D. Fla. June 3, 2020). Here, the Petition first states that Petitioner is currently detained at the Broward Transitional Center, DE 1 ¶ 3, which is

located within the Southern District of Florida. But the Petition later states that "Petitioner is detained within the geographic boundaries of the Middle District of Florida, at Florida Soft Side South in Collier County, Florida, which lies within the Fort Myers Division of this District." *Id.* ¶ 19; *see also id.* at 11 (requesting "immediate release from immigration custody at the Florida Soft Side South Facility"). Given these conflicting averments, the Court cannot determine whether the Southern District of Florida is the proper venue for the Petition. Accordingly, within **7 days** from the date of this Order, Petitioner shall file an Amended Petition for Writ of Habeas Corpus that clearly establishes where Petitioner is currently in custody.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of November, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE