UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-62261-MIDDLEBROOKS/AUGUSTIN-BIRCH

**MIGUEL ANGEL OCEGUEDA GONZALEZ,**

    **Petitioner,**

v.

**KRISTI NOEM,** *et al.***,**

    **Respondents.**
_____/

### ORDER REQUIRING SUPPLEMENTAL BRIEFING

    The Court held a hearing on Petitioner Miguel Angel Ocegueda Gonzalez's Amended Petition for Writ of Habeas Corpus on December 9, 2025. This Court held a hearing on Petitioner's Amended Petition in part because the Court required clarification as to whether Petitioner ever received a bond hearing before an immigration judge. At the hearing before this Court, Petitioner's counsel explained that Petitioner has had two bond hearings before an immigration judge but that both hearings were "no actioned." Specifically, Petitioner's counsel stated that Petitioner's immigration counsel "no actioned" the first bond hearing because Petitioner did not have his passport. And Petitioner's immigration counsel and the immigration judge agreed to "no action" the second bond hearing because the issue Petitioner's immigration counsel sought to raise during that bond hearing was better suited for a final removal hearing. Petitioner's counsel informed the Court that a "no action" essentially means the hearing never happened and that Petitioner could revisit the issue later.

    Petitioner's counsel also stated that Petitioner has not moved for a third bond hearing and that Petitioner's Amended Petition seeks an order finding that Petitioner is detained pursuant to 8

U.S.C. § 1226(a) so that the immigration judge for a future bond hearing will have jurisdiction to entertain a bond for Petitioner. Given this procedural background, specifically Petitioner's immigration counsel's decision to "no action" the bond hearings and the fact that Petitioner has never been denied a bond or a bond hearing, the Court requires supplemental briefing on the following issue: Does a live case or controversy exist to enable the Court to rule on Petitioner's Amended Petition for Writ of Habeas Corpus?

Petitioner shall file his supplemental brief of no more than **5 pages** by **December 15, 2025**. Respondents shall file their supplemental response brief of no more than **5 pages** by **December 18, 2025**. The Court will order a supplemental reply brief only if it determines that one is necessary. The parties must cite legal authority to support their legal propositions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 10th day of December, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE