**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-62261-CV-MIDDLEBROOKS/Augustin-Birch

MIGUEL ANGEL OCEGUEDA GONZALEZ,

    Petitioner,

v.

KRISTI NOEM, *et al.*

    Respondents.
_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on December 23, 2025. (DE 25). The Report recommends granting in part Petitioner Miguel Angel Ocegueda Gonzalez's amended petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Respondent filed objections to the Report on January 6, 2026 (DE 26), to which Petitioner responded on the same date (DE 27).

I have conducted a *de novo* review of the Report, the briefing on objections, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Gonzalez's Amended Petition should be granted in part. Accordingly, it is **ORDERED AND ADJUDGED** that:

    (1) Respondent's Objections to the Magistrate's Report (DE 26) are **OVERRULED**.

    (2) Magistrate Judge Augustin-Birch's Report (DE 25) is hereby **ADOPTED**.

    (3) Petitioner's Amended Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 11) is

        **GRANTED IN PART**, as set forth in the Report. Accordingly, Respondent shall either

2

afford Petitioner a prompt, individualized bond hearing before an immigration judge or release Petitioner.

(4) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 15th day of January, 2026.

_____
Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Augustin-Birch;
            Counsel of Record;